THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRU TUDOR,

Plaintiff,

v.

NORSE ATLANTIC AIRWAYS AJ INC., *et al.*,

Defendants.

CASE NO. C24-2166-JCC

ORDER

This matter comes before the Court on Plaintiff's renewed Rule 60 motion (Dkt. No. 22), brought pursuant to Rule 60(b)(6). To qualify for this relief, Plaintiff "must demonstrate extraordinary circumstances which prevented or rendered him unable to prosecute his case." *Lal v. California*, 610 F.3d 518, 524 (9th Cir. 2010). Plaintiff's renewed motion (Dkt. No. 22) fails to make this showing. Accordingly, it is DENIED. Further, in light of the unnecessary filings (Dkt. Nos. 18, 22) following Plaintiff's notice of appeal (Dkt. No. 20), the Clerk shall STRIKE Plaintiff's future filings, pending disposition of Plaintiff's appeal. If Plaintiff, nevertheless, continues to lodge such filings before that time, the Court will instruct the Clerk to terminate Plaintiff's e-filing privileges.

//

//

DATED this 1st day of September 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE